EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| Lydia E. Couvertier Martínez | 2016 TSPR 166 |
| | 196 DPR ____ |

Número del Caso: TS-7,607

Fecha: 13 de julio de 2016

Abogado de la Peticionaria:

  Por Derecho Propio

Materia: Readmisión al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte

Lydia E. Couvertier Martínez          TS-7607

RESOLUCIÓN

En San Juan, Puerto Rico, a 13 de julio de 2016.

Examinada la *Moción en solicitud* presentada por la abogada de epígrafe, se declara con lugar.

Notifíquese por teléfono, correo electrónico y por la vía ordinaria.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Sonnya Isabel Ramos Zeno
Secretaria del Tribunal Supremo Interina